# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LINDA FLIPPIN,<br><br>  Plaintiff<br><br>  v.<br><br>FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.,<br><br>  Defendant | **Case No.: 2:14-cv-02124** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: May 20, 2014  BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: abennecoff@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 20th day of May, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Melanie Norvell, Esq.
200 Ashford Center N
Suite 500
Atlanta GA 30038 2668

				*/s/ Amy L. Bennecoff*
				Amy L. Bennecoff, Esquire
				Kimmel & Silverman, P.C
				30 East Butler Pike
				Ambler, PA 19002
				Phone: (215) 540-8888
				Facsimile: (215) 540-8817
				Email: abennecoff@creditlaw.com
				Attorney for Plaintiff