# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| LINDA FLIPPIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:14-cv-02124-JTF-dkv |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came to the consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Voluntary Dismissal filed on May 20, 2014, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

May 20, 2014                                                             s/Thomas M. Gould
Date                                                                                Clerk of Court

                                                                                        s/ Erica M. Evans
                                                                                        (By)  Law Clerk